IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOARD OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, et al,

    Plaintiffs,

v.

TRI COUNTY SERVICES, LLC,

    Defendant.

NO. 2:23-CV-01571-TL

ORDER ON SECOND STIPULATED MOTION TO CONTINUE THE ANSWER DEADLINE AND RELATED INITIAL SCHEDULING DATES

This matter comes before the Court on the parties' Second Stipulated Motion to Continue the Answer Deadline and Related Initial Scheduling Dates.

Based upon the Stipulation of the parties, the Court hereby Orders that the Initial Scheduling Dates be continued and amended as follows:

| | |
|---|---|
| Deadline for Answer: | 02/23/2024 |
| Deadline for FRCP 26(f) Conference: | 02/27/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 03/08/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 03/22/2024 |

The Clerk shall amend the case schedule deadlines accordingly.

Dated this 25th day of January, 2024.

                                              Tana Lin
                                              United States District Judge