UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND et al.,<br><br>Plaintiffs,<br>v.<br><br>TRI COUNTY ELECTRICAL SERVICES, LLC,<br><br>Defendant. | CASE NO. 2:23-cv-01571-TL<br><br>ORDER ON PROOF OF SERVICE |

On February 14, 2025, the Clerk of Court issued an order finding Defendant in default. Dkt. No. 20. On March 27, 2025, Plaintiffs filed a motion for default judgment against Defendant. Dkt. No. 23.

When Plaintiffs requested that Defendant be placed in default, Plaintiffs attached to their motion a declaration from Noelle Dwarzski, their attorney. *See* Dkt. Nos. 18 (motion), 19 (Dwarzski Decl.). Dwarzski asserted that, "On November 5, 2023, [Defendant] was served with a copy of the summons and complaint." Dkt. No. 19 ¶ 2. Dwarzski cited Docket No. 6 to

ORDER ON PROOF OF SERVICE - 1

substantiate the assertion. Docket No. 6, however, is Defendant's Notice of Appearance, not an affidavit of service or a returned waiver of service. *See* Dkt. No. 6. The Court's review of the docket in this case reveals that, although Defendant has made numerous submissions to the Court, including four stipulated motions to continue its deadline to answer Plaintiffs' complaint (Dkt. Nos. 8, 10, 12, 14) and a joint status report (Dkt. No. 16), there is no docket entry that definitively establishes that Defendant was effectively served process. *See W. Wash. Painters Defined Contribution Pension Plan Tr. v. Capitol City Enters., Inc.*, No. C07-5190, 2007 WL 1821055, at *1 (W.D. Wash. June 19, 2007) (rejecting "Defendants' counsel's notice of appearance providing for service, not including original process, on counsel," as sufficient evidence of service of process).

Therefore, to clarify this Court's exercise of personal jurisdiction over Defendant, Plaintiffs are ORDERED to submit proof that Defendant was served process under Federal Rule of Civil Procedure 4, **no later than April 18, 2025.**

Dated this 15th day of April 2025.

Tana Lin
United States District Judge